# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

MARY BENAVIDEZ,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11at0123

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

     X    The clerk is directed to file the complaint.

     X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

ENTER this   __9th__   day of   __March__  ,   __2011__  .

         /s/ Dennis L. Beck
Signature of Judicial Officer

         Dennis L. Beck, U.S. Magistrate Judge
Name and Title of Judicial Officer