UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BENAVIDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | Case No.: 1:11-CV-00407-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 10) |

On July 27, 2011, the Commissioner filed a stipulated request for an extension of time to allow the Commissioner to file his answer (the administrative record) with the Court. (Doc. 10.) Pursuant to the stipulation, the Commissioner will file the administrative record **on or before August 15, 2011.**

This request is granted, and the scheduling order is modified as follows:

1. The Commissioner shall file with the Court the administrative record **on or before August 15, 2011;**

2. Plaintiff's confidential letter brief shall be **served on or before September 19, 2011**;

3. Commissioner's confidential letter brief shall be **served on or before October 27, 2011**;

1    4.    Any stipulation to remand the case shall be **filed on or before November 14, 2011**;

2    5.    Plaintiff's opening brief shall be **filed on or before November 29, 2011**;

3    6.    Commissioner's responsive brief shall be **filed on or before January 3, 2012**; and

4    7.    Plaintiff may file a reply brief **on or before January 23, 2012**.[1]

IT IS SO ORDERED.

**Dated:**   **July 27, 2011**                    /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.