# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BENAVIDEZ, | Case No.: 1:11-cv-00407-SKO |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | (Doc. 13) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

On September 28, 2011, the parties filed a stipulation for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The filing of the stipulation itself has the effect of closing the action, and the Court no longer has jurisdiction.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' stipulation for dismissal filed on September 28, 2011.

IT IS SO ORDERED.

**Dated:    September 28, 2011**                      **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE